UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GORGEES,<br><br>           Plaintiff,<br><br>   v.<br><br>KATE NANAVATTY, in her official capacity as U.S. Consul General in Amsterdam, et al.<br><br>           Defendants. | Civil Action No. 21-00435 (ACR) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to the Complaint in this matter until April 9, 2024.  The grounds for this motion are as follows.

1.     First, the undersigned is mindful that, in its Minute Order granting Defendants' last enlargement, the Court stated that "[n]o further extensions will be granted." Undersigned is further mindful that this motion does not comply with the Court's requirement for motions to be filed four business days before the deadline as to which relief is sought.  The undersigned does not file this motion lightly, and asks for the Court's understanding.

2.     The timing and need for this motion has only very recently arisen, however, as it now appears that adjudication of the pending application is imminent.  The post requested additional and updated information from the applicant, and the applicant has responded with most of the requested records.  In fact, Plaintiff's Counsel reported that Plaintiff has submitted his "passport picture and a copy of passport biographical page" and "will send the birth certificate in a day or two."  The undersigned received this information from Plaintiff's Counsel yesterday.

- 2 -

3. Although Defendants could comply with the Court's order by moving to dismiss, under the circumstances such a motion appears likely to be unnecessary, as this suit seems set to soon be mooted or otherwise overcome by events, and therefore the litigating of such a dispositive motion would be an inefficient use of party and judicial resources.

4. In short, as an adjudication of the pending application would render this action moot and obviate the need for further judicial involvement, Defendants submit that the best, most efficient course is to extend once again the deadline to respond to the Complaint. The undersigned does not request this enlargement lightly. Nor does it conflict or interfere with any current deadlines.

5. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's Counsel, who graciously consent to this request.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including April 9, 2024. A proposed order is enclosed herewith.

Dated: March 10, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GORGEES,<br><br>   Plaintiff,<br><br> v.<br><br>KATE NANAVATTY, in her official capacity as U.S. Consul General in Amsterdam,<br><br>   Defendants. | Civil Action No. 21-00435 (ACR) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including April 9, 2024, to respond to the Complaint in this action.

SO ORDERED:

_____        _____
Dated                      ANA C. REYES
                           United States District Judge