UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVIN GORGEES,

       Plaintiff,

  v.

KATE NANAVATTY,
U.S. Consul General in Amsterdam,

       Defendant.

Civil Action No. 21-0435 (ACR)

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS**